ELDER *v.* GALLOWAY *et al.*

HILL, J. The court did not err in sustaining the general demurrers to the petition, and in dismissing the case.

*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents.*

No. 5382. NOVEMBER 24, 1926. REHEARING DENIED DECEMBER 20, 1926.

Equitable petition. Before Judge Pomeroy. Fulton superior court. March 19, 1926.

*W. H. Terrell,* for plaintiff.

*Hendrix & Buchanan,* for defendants.